USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/24

**El Hag & Associates**

777 Westchester Ave, Suite 101
White Plains, New York 10604
(O) (914) 218-6190
(F) (914) 206-4176
www.ElHaglaw.com
Jordan@Elhaglaw.com

*The Firm that Fights for Workers' Rights!*

<u>Via ECF</u>

Hon. Valerie E. Caproni, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

*Re: Letter requesting adjournment*
*Case Name: Perez v. Trinity Episcopal School Corporation*
*Case No. 1:24-cv-00544-VEC*

Dear Judge Caproni,

My firm represents the Plaintiff, Mr. Perez, in the above-captioned case. I write with the consent of opposing counsel seeking an adjournment of the December 6, 2024, initial conference. I had to schedule a deposition on that day pursuant to a court order, and I now have a conflict.

Opposing counsel has indicated that she is available on December 13, 2024, but I would not be available for an in-person conference on that day due to another deposition. Opposing counsel will be traveling for the rest of December. If the Court is open to a telephonic conference on a day other than Friday, I can meet and confer with opposing counsel to propose some dates to the Court for an earlier conference.

If the court prefers a Friday in-person conference, I can be available on January 24 or 31.

I apologize for the inconvenience. Thank you for your consideration and attention to this request.

Respectfully,

By: /s/ Jordan El-Hag
_____
Jordan El-Hag, Esq.

1

Application GRANTED. The Initial Pretrial Conference scheduled for Friday, December 6, 2024, at 10:00 A.M. is ADJOURNED to **Friday, January 31, 2025, at 10:00 A.M.** The parties' deadline to submit a joint letter and proposed case management plan in accordance with the Court's Order at Dkt. 26 is extended from Wednesday, November 27, 2024, to **Thursday, January 23, 2025**.

The Court is highly unlikely to grant further adjournments.

SO ORDERED.

11/25/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE