```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GERARDO PEREZ,                                        :
                                                      :
                                                      :
                      Plaintiff,                      :
                                                      :          24-CV-544(VEC)
           -against-                                  :
                                                      :          ORDER
                                                      :
TRINITY SCHOOL REALTY HOLDING                         :
CORPORATION, JOHN ALLMAN and ALEXIS                   :
MULVIHILL,                                            :
                                                      :
                                                      :
                      Defendants.                     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

　　WHEREAS on June 20, 2025, the parties appeared before the Court for a discovery conference to address several disputes raised by Plaintiff;

　　IT IS HEREBY ORDERED that, for the reasons stated at the conference, Plaintiff is not entitled to the requested comparator data or internal documents pertaining to a taped 2022 incident regarding alleged ideological bias at the Trinity School because such discovery is not proportional to the needs of the case, and the latter request carries, at best, marginal relevance to Plaintiff's claims. To the extent that someone with knowledge of the alleged data transfer incident still works at the Trinity School, Defendants must produce an affidavit from such an individual averring that no data transfer of HIPAA-protected information had occurred besides the transfer attributed to Plaintiff.

　　IT IS FURTHER ORDERED that by close of business today, June 20, 2025, Defendants must provide the Court with the contested investigation documents that have been marked Attorneys' Eyes Only in both redacted and unredacted form.

IT IS FURTHER ORDERED that the post-discovery conference in this matter will take place on **Friday, August 15, 2025, at 10:00 A.M.** in Courtroom **20C** of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, 10007.  The parties' joint letter that includes the information listed in the Court's prior Order at Dkt. 39, at 3, is due **Thursday, August 7, 2025**.

**SO ORDERED.**

**Date:  June 20, 2025**
       **New York, New York**

                                              _____
                                              **VALERIE CAPRONI**
                                              **United States District Judge**