```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GERARDO PEREZ,

                       Plaintiff,

        -against-

TRINITY SCHOOL REALTY HOLDING
CORPORATION, JOHN ALLMAN and ALEXIS
MULVIHILL,

                       Defendants.
-------------------------------------------------------------- X

24-CV-544(VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on August 15, 2025, the parties appeared before the Court for a status conference;

       IT IS HEREBY ORDERED that the parties' deadline to complete expert discovery is ADJOURNED *sine die*.

       IT IS FURTHER ORDERED that Plaintiff's motion reopen fact discovery is due **Friday, August 22, 2025**. Defendants' response to Plaintiff's motion is due **Friday, August 29, 2025**.

       IT IS FURTHER ORDERED that Defendants' motion for summary judgment is due **Friday, December 19, 2025**. Plaintiff's opposition to Defendants' motion is due **Friday, January 23, 2026**. Defendants' reply papers are due **Friday, February 6, 2026**. The parties are directed to review Rule 4.G.ii of the Undersigned's Individual Practices in Civil Cases for instructions on how to prepare the 56.1 Statement. At the close of briefing, there should be a single, consolidated 56.1 Statement.

IT IS FURTHER ORDERED that Plaintiff's request for a stay is DENIED. By **Monday, November 3, 2025**, Plaintiff must file a letter explaining whether Plaintiff has found new counsel and whether Plaintiff's current counsel will continue the representation in any capacity.

**SO ORDERED.**

Date:  August 15, 2025
       New York, New York

                                        **VALERIE CAPRONI**
                                        **United States District Judge**