**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
GERARDO PEREZ,

Plaintiff,

-against-

TRINITY SCHOOL REALTY HOLDING CORPORATION ET AL.

Defendants.
-----------------------------------------------------------------------X

24 **CIVIL** 0544 (VEC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 23, 2026, Defendants' Motion for Summary Judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

July 24, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**