USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERARDO PEREZ,

Plaintiff,

-against-

TRINITY SCHOOL REALTY HOLDING CORPORATION, JOHN ALLMAN and ALEXIS MULVIHILL,

Defendants.

24-CV-544 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that Plaintiff Gerardo Perez, *pro se*, and Defendants Trinity School Realty Holding Corp., John Allman, and Alexis Mulvihill be permitted to access all documents at Dkt. 89, without restriction, via PACER.

**SO ORDERED.**

**Date: August 28, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**