UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO PEREZ,<br><br>Plaintiff,<br><br>-against-<br><br>TRINITY SCHOOL REALTY HOLDING CORPORATION, JOHN ALLMAN and ALEXIS MULVIHILL,<br><br>Defendants. | 24-CV-544 (VEC)<br><br>SCHEDULING ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 27, 2026, Plaintiff, *pro se*, filed a letter motion to unseal Defendant's filings at Dkt. 89 *et seq.*, *see* Dkt. 106 (the "Motion");

IT IS HEREBY ORDERED that Defendants may submit a response, if any, to Plaintiff's Motion not later than **Thursday, September 17, 2026**, wherein Defendants must show cause why the materials at Dkt. 89 should remain under seal or propose narrow redactions to such materials. Plaintiff may submit a reply, if any, in support of his Motion not later than **Thursday, September 24, 2026**.

**SO ORDERED.**

**Date: September 3, 2026**
**New York, New York**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**