USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
GERARDO PEREZ,

Plaintiff,

-against-

TRINITY SCHOOL REALTY HOLDING CORPORATION, JOHN ALLMAN and ALEXIS MULVIHILL,

Defendants.
---------------------------------------------------------------X

24-CV-544 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 9, 2026, the Court received the attached correspondence from Plaintiff, *pro se*, regarding access to Dkt. 54, *see* Ex. A (attached hereto);

IT IS HEREBY ORDERED that Plaintiff Gerardo Perez and Defendants Trinity School Realty Holding Corp., John Allman, and Alexis Mulvihill be permitted to access all documents at Dkt. 54, without restriction, via PACER.

IT IS FURTHER ORDERED that, should Plaintiff remain unable to access Dkt. 54 following this order, the Clerk of Court is respectfully directed to provide Plaintiff with electronic copies of the materials at Dkt. 54 at no cost to Plaintiff.

**SO ORDERED.**

**Date: October 9, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**

# EXHIBIT A

**From:** Gerardo Perez
**To:** Caproni NYSD chambers
**Subject:** Perez v. Trinity School — 1:24-cv-00544-VEC — Urgent Request for Access to Docket 54
**Date:** Friday, October 9, 2026 2:20:09 PM

**CAUTION - EXTERNAL:**

Dear Chambers,

My appellate brief is due on November 13, 2026, and I urgently need access to Docket 54, including its attachments, to review the record and prepare my brief. I am currently unable to view these materials through PACER and ask that this access issue be addressed promptly given the approaching deadline.

I cannot afford to spend another $377 to obtain documents in my own case. I am requesting assistance in obtaining access to these materials through my PACER account or, alternatively, receiving an electronic copy without additional expense.

If a Court order is required to provide access, please let me know what steps I need to take.

Thank you for your assistance.

Gerardo Perez
Pro Se Plaintiff

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.